CLOSED, DENLOW, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02317
### Internal Use Only

05 867

Organ v. Byron et al
Assigned to: Honorable James B. Zagel
Demand: $27,000
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 04/19/2005
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Lawrence P Organ**　　　　represented by **Jack Leonard Haan**
Shaheen, Novoselsky, Staat &
Filipowski, P.C.
20 North Wacker Drive
2900
Chicago, IL 60606
(312)621-4400
Email: jhaan@snsfe-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry N. Novoselsky**
Shaheen, Novoselsky, Staat, Filipowski
& Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606
(312) 621-4400
Email: hnovoselsky@snsfe-law.com
*ATTORNEY TO BE NOTICED*

**James Joseph Eccleston**
Shaheen, Novoselsky, Staat, Flipowki &
Eccleston, P.C.
20 North Wacker Drive
2900
Chicago, IL 60606
312-621-4400

**Sharyn Beth Alpert**
Shaheen, Novoselsky, Staat, Filipowski
& Eccleston
20 North Wacker Drive



A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: DEC 12 2005



EC
DEC 15 2005

Suite 2900
Chicago, IL 60606
(312) 621-4400
Email: salpert@snsfe-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marc Byron**   represented by **Robert B Lovett**
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
(617) 946-4927
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher F Robertson**
Seyfarth Shaw LLP
World Trade Center East
Two Deaport Lane
Suite 300
Boston, MA 02210
(617) 946-4989

**J Scott Humphrey**
Seyfarth Shaw LLP
55 East Monroe Street
Suite 4200
Chicago, IL 60603-4205
Email: shumphrey@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ben Kaak**   represented by **Robert B Lovett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher F Robertson**
(See above for address)

**J Scott Humphrey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Catherine Barbaro** | represented by | **Robert B Lovett** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Christopher F Robertson** <br> (See above for address) |
| | | **J Scott Humphrey** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2005 | 1 | COMPLAINT filed by Lawrence P Organ; Jury Demand.(rmm, ) (Entered: 04/21/2005) |
| 04/19/2005 | 2 | CIVIL Cover Sheet (rmm, ) (Entered: 04/21/2005) |
| 04/19/2005 | 3 | ATTORNEY Appearance for Plaintiff Lawrence P Organ by Sharyn Beth Alpert, James Joseph Eccleston, Jack Leonard Haan, Henry N. Novoselsky (rmm, ) (Entered: 04/21/2005) |
| 04/19/2005 | 4 | RECEIPT regarding payment of filing fee paid on 4/19/2005 in the amount of $250.00, receipt number 10421406 (rmm, ) (Entered: 04/21/2005) |
| 04/19/2005 | 5 | SUMMONS Issued as to Defendants Marc Byron, Ben Kaak, Catherine Barbaro (rmm, ) (Entered: 04/21/2005) |
| 05/16/2005 | 6 | STIPULATION to extend time by the parties. (cdy, ) (Entered: 05/25/2005) |
| 06/30/2005 | 7 | MOTION by Defendants to dismiss the plaintiff's complaint (gma, ) (Entered: 07/01/2005) |
| 06/30/2005 | 8 | NOTICE of Motion by defendants for presentment of MOTION by Defendants to dismiss the plaintiff's complaint 7 before Honorable James B. Zagel on 7/12/2005 at 10:15 AM. (gma, ) (Entered: 07/01/2005) |
| 06/30/2005 | 9 | MEMORANDUM by defendants in support of MOTION by Defendants to dismiss the plaintiff's complaint 7 (gma, ) (Entered: 07/01/2005) |
| 06/30/2005 | 10 | EXHIBIT by Defendants to MOTION by Defendants to dismiss the plaintiff's complaint 7 (gma, ) (Entered: 07/01/2005) |
| 06/30/2005 | 11 | ATTORNEY Appearance for Defendants Marc Byron, Ben Kaak, Catherine Barbaro by J Scott Humphrey, Christopher F Robertson, Robert B Lovett; Notice (rmm, ) (Entered: 07/06/2005) |

| | | |
|---|---|---|
| 06/30/2005 | 12 | NOTICE of filing by Marc Byron, Ben Kaak, Catherine Barbaro re Notice of appearance for defendants Marc Byron, Ben Kaak and Catherine Barbaro 11; Application of Christopher Robertson for leave to appear pro hac vice; Application of Robert B. Lovett for leave to appear pro hac vice (rmm, ) (Entered: 07/06/2005) |
| 07/06/2005 | 13 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Marc Byron, Ben Kaak, Catherine Barbaro by Robert B Lovett; Order entered granting leave by James B. Zagel. Filing fee $50 paid, receipt number 10712732 (rmm, ) (Entered: 07/08/2005) |
| 07/06/2005 | 14 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Marc Byron, Ben Kaak, Catherine Barbaro by Christopher F Robertson; Order entered granting leave by James B. Zagel. Filing fee $50 paid, receipt number 10712732 (rmm, ) (Entered: 07/08/2005) |
| 07/12/2005 | 15 | MINUTE entry before Judge James B. Zagel : Motion to dismiss 7 is entered and continued. Responses due by 8/9/2005 Replies due by 8/23/2005. Motion ruling set for 10/12/2005 at 10:00 AM. No notice (drw, ) (Entered: 07/13/2005) |
| 08/09/2005 | 16 | RESPONSE AND MEMORANDUM IN OPPOSITION by Lawrence P Organ to defendants' Rule 12(b)(3) MOTION to dismiss for improper venue 7; Notice (rmm, ) (Entered: 08/11/2005) |
| 08/23/2005 | 17 | REPLY brief by Defendants Marc Byron, Ben Kaak, Catherine Barbaro in support of their motion to dismiss 7 (Exhibits) (rmm, ) (Entered: 08/26/2005) |
| 10/11/2005 | 18 | MINUTE entry before Judge James B. Zagel : Ruling on motion to dismiss set for 10/12/2005 is stricken. Ruling to be made by mail. Status hearing set for 11/9/2005 at 10:00 AM. Mailed notice (drw, ) (Entered: 10/11/2005) |
| 11/08/2005 | 19 | MINUTE entry before Judge James B. Zagel : Status hearing 11/9/2005 is reset for 12/14/2005 at 10:00 AM. Ruling on motion to dismiss to be made by mail. Mailed notice (drw, ) (Entered: 11/08/2005) |
| 11/23/2005 | 20 | MINUTE entry before Judge James B. Zagel : Defendant's motion to dismiss 7 is denied. This case is ordered transferred to the U.S. District Court, District Court of Delaware pursuant to 28 USC 1406(a). Mailed notice (hp, ) (Entered: 11/28/2005) |
| 11/23/2005 | 21 | MEMORANDUM and Opinion Order Signed by Judge James B. Zagel on 11/23/2005: Mailed notice(hp, ) (Entered: 11/28/2005) |
| 12/12/2005 | 22 | TRANSFERRED to the U.S. District of Delaware the case file, numbered 1 through 21, certified copy of transfer order, and docket sheet via certified mail number 7004 2510 0001 9708 8943 (hp, ) (Entered: 12/12/2005) |