**FILED**
APR 1 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

05C 2317

# Civil Cover Sheet Input Form

This form has been approved for use by the general public for generating the civil cover sheet for filing new cases in the Northern District of Illinois. Your comments about the form and suggestions for improvements are always greatly appreciated.

MAGISTRATE JUDGE DENLOW      JUDGE ZAGEL

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois. (Instructions)

| I (a) - PLAINTIFFS | DEFENDANTS |
|---|---|
| LAWRENCE P. ORGAN | MARC BYRON, BEN KAAK, and CATHERINE BARBARO |
| b) - County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases) | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only) |
| **Plaintiff's Attorney** | **Defendant's Attorney** (If known) |
| Name: Jack L. Haan<br>Firm: Shaheen, Novoselsky, et al.<br>Address: 20 N. Wacker Drive, Suite 2900<br>Phone: (312) 621-4400 | Name:<br>Firm:<br>Address:<br>Phone: |

**II. Basis of Jurisdiction**
(Select from drop menu below)
4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
1 Citizen of This State
*DEFENDANT*
6 Foreign State

**IV. Origin**
(Select from drop menu below)
1. Original Proceeding

**V. Nature of Suit** (Select one box)

| Contract | Torts | Other Statutes |
|---|---|---|
| ○ 110 Insurance | | ○ 400 State Reapportionment |

| | Personal Injury | Personal Injury | ○ 410 Antitrust |
|---|---|---|---|
| ○ 120 Marine | ○ 310 Airplane | ○ 362 Med. Malpractice | ○ 430 Banks & Banking |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 365 Personal Injury - Product Liability | ○ 450 Commerce/ICC Rates/ etc |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander | ○ 368 Asbestos Personal Injury Product Liability | ○ 460 Deportation |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability | **Personal Property** | ○ 470 RICO |
| ○ 151 Medicare Act | ○ 340 Marine | ○ 370 Other Fraud | ○ 810 Selective Service |
| ○ 152 Student Loan -non VA | ○ 345 Marine Product Liability | ○ 371 Truth in Lending | ○ 850 Securities / Commodities / Exchange |
| ○ 153 Recovery of VA Benefits | ○ 350 Motor Vehicle | ○ 380 Other Pers Property Damage | ○ 875 Customer Challenge 12 USC 3410 |
| ○ 160 Stockholder Suits | ○ 355 Motor Vehicle Product Liability | ○ 385 Property Damage Product Liability | ○ 891 Agricultural Acts |
| ○ 190 Other Contract | ○ 360 Other Personal Injury | | ○ 892 Economic Stabilization Act |
| ○ 195 Contract Product Liability | **Civil Rights** | **Prisoner Petitions** | ○ 893 Environmental Matters |
| **Real Property** | ○ 441 Voting | ○ 510 Motions to Vacate Sentence | ○ 894 Energy Allocation Act |
| ○ 210 Land Condemnation | ○ 442 Employment | **Habeas Corpus:** | ○ 895 Freedom of Information Act |
| ○ 220 Foreclosure | ○ 443 Housing/Accomodations | ○ 530 Habeas Corpus General | ○ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ○ 230 Rent Lease & Ejectment | ○ 444 Welfare | ○ 535 Habeas Death Penalty | ○ 950 Constitutionality of State Statute |
| ○ 240 Torts to Land | ○ 440 Other Civil Rights | ○ 540 Mandamus & Other | ☒ 890 Other Statutory Actions |
| ○ 245 Tort Product Liability | | ○ 550 Civil Rights | |
| ○ 290 Other Real Property | | ○ 555 Prison Condition | |
| **Bankruptcy** | **Forfeiture/Penalty** | **Labor** | **Social Security** |
| ○ 422 Appeal 28 USC 158 | ○ 610 Agriculture | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) |
| ○ 423 Withdrawal 28 USC 157 | ○ 620 Other Food & Drug | ○ 720 Labor/Mgmt. Relations | ○ 862 Black Lung (923) |
| | ○ 625 Drug Related Seizure of Property 21 USC 881 | ○ 730 Labor/Mgmt. Reporting & Disclosure Act | ○ 863 DIWC/DIWW (405(g)) |
| **Property Rights** | ○ 630 Liquor Laws | ○ 740 Railway Labor Act | ○ 864 SSID Title XVI |
| ○ 820 Copyrights | ○ 640 R.R. & Truck | ○ 790 Other Labor Litigation | ○ 865 RSI (405(g)) |
| ○ 830 Patent | ○ 650 Airline Regulations | ○ 791 E.R.I.S.A. | |
| ○ 840 Trademark | ○ 660 Occupational Safety/Health | | **Federal Tax Suits** |
| | ○ 690 Other | | ○ 870 Taxes US Plaintiff or Defendant |
| | | | ○ 871 IRS Third Party 26 USC 7609 |

**VI Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Violation of Illinois Securities Law, 815 ILCS 5/1 et seq. Diversity jurisdiction pursuant to 28 U.S.C. 1332.

| VII. Requested in Complaint | ○ Class Action Under FRCP 23<br>○ Not Class Action | Demand<br>$27,000,000 | Jury Demand<br>(requested in Complaint)<br>☒ Yes ○ No |
|---|---|---|---|
| VIII. This Case | ● is not a refiling of a previously dismissed action.<br>○ is a refiling of case number _____, previously dismissed by Judge | | |

[ Generate JS-44 ]   [ Reset Form ]

*(signature)* jb 4/19/05