UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** APR 1 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

LAWRENCE P. ORGAN

v.

MARC BYRON, BEN KAAK, and
CATHERINE BARBARO

Case Number: **05C 2317**

JUDGE ZAGEL

MAGISTRATE JUDGE DENLOW

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
LAWRENCE P. ORGAN

| (A) | (B) |
|---|---|
| SIGNATURE: *Jack L. Haan* | SIGNATURE: *James J. Eccleston* |
| NAME: Jack L. Haan | NAME: James J. Eccleston |
| FIRM: Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C. | FIRM: Shaheen, Novoselsky, Staat, Filipowki & Eccleston, P.C. |
| STREET ADDRESS: 20 N. Wacker Drive, Suite 2900 | STREET ADDRESS: 20 N. Wacker Drive, Suite 2900 |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: (312) 621-4400 / FAX NUMBER: (312) 621-0268 | TELEPHONE NUMBER: (312) 621-4400 / FAX NUMBER: (312) 621-0268 |
| E-MAIL ADDRESS: jhaan@snsfe-law.com | E-MAIL ADDRESS: jeccleston@snsfe-law.com |
| IDENTIFICATION NUMBER: 06210936 | IDENTIFICATION NUMBER: 06196175 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: *Henry N. Novoselsky* | SIGNATURE: |
| NAME: Henry N. Novoselsky | NAME: Sharyn B. Alpert |
| FIRM: Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C. | FIRM: Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C. |
| STREET ADDRESS: 20 N. Wacker Drive, Suite 2900 | STREET ADDRESS: 20 N. Wacker Drive, Suite 2900 |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: (312) 621-4400 / FAX NUMBER: (312) 621-0268 | TELEPHONE NUMBER: (312) 621-4400 / FAX NUMBER: (312) 621-0268 |
| E-MAIL ADDRESS: hnovoselsky@snsfe-law.com | E-MAIL ADDRESS: salpert@snsfe-law.com |
| IDENTIFICATION NUMBER: 2070006 | IDENTIFICATION NUMBER: 6215696 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |