# United States District Court for the Northern District of Illinois

Case Number: **05C 2317**  Assigned/Issued By: _____

## FEE INFORMATION

**JUDGE ZAGEL**
**MAGISTRATE JUDGE DENLOW**

Amount Due:  ☒ $250.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $255.00

No. Service copies _____

*(For use by Fiscal Department Only)*

Amount Paid: $250.00   Receipt #: 10421406

Date Payment Rec'd: APR 19 2005   Fiscal Clerk: _____

## ISSUANCES

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and 3 copies on APR 19 2005 as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   03/23/05