*United States District Court for the Northern District of Illinois*

Case Number: **05C 2317**    Assigned/Issued By: _____

## FEE INFORMATION

**JUDGE ZAGEL**
**MAGISTRATE JUDGE DENLOW**

*Amount Due:*  ☒ $250.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $255.00

No. Service copies _____

*(For use by Fiscal Department Only)*

Amount Paid: _250.00_    Receipt #: _10421406_

Date Payment Rec'd: APR 19 2005    Fiscal Clerk: _____

## ISSUANCES

☒ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          (name of victim, who it's against and $ amount)
☐ Writ _____
       (Type of Writ)

Original and 3 copies on APR 1 9 2005 _____ as to _____
                               (Date)

C:\wpwin80\docket\feeinfo.frm    03/23/05