JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE P. ORGAN | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-C-2317 |
| MARC BYRON, BEN KAAK and CATHERINE BARBARO, | ) |
| Defendants, | ) |

FILED MAY 16 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Judge Nagel

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree that the defendants will file a responsive pleading to the Complaint on or before June 30, 2005.

BOI 15713104 1

| | |
|---|---|
| LAWRENCE P. ORGAN<br><br>By his attorneys,<br><br>*/s/ Jack L. Haan*<br>Jack L. Haan<br>James J. Eccleston<br>Henry N. Novoselsky<br>SHAHEEN, NOVOSELSKY, STAAT,<br>FILIPOWSKI & ECCELSTON, P.C<br>20 North Wacker Drive, Suite 2900<br>Chicago, IL 60606<br>(312) 621-4400<br>(312) 621-0268 (facsimile) | MARC BYRON, BEN KAAK and<br>CATHERINE BARBARO<br><br>By their attorneys,<br><br>*/s/ J. Scott Humphrey*<br>J. Scott Humphrey<br>Seyfarth Shaw LLP<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>(312) 346-8000<br>(312) 269-8869 (facsimile)<br><br>Robert B. Lovett<br>Christopher F. Robertson<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>(617) 946-4800<br>(617) 946-4801 (facsimile) |

DATED: May 4, 2005