UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LAWRENCE P. ORGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 C 2317 |
| vs. ) | |
| ) | Judge James B. Zagel |
| MARC BYRON, BEN KAAK, and ) | |
| CATHERINE BARBARO ) | |
| ) | |
| Defendants. ) | |

FILED
JUN 30 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

The Defendants, Marc Byron, Ben Kaak and Catherine Barbaro, hereby move the Court, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, to dismiss the Plaintiff's Complaint. The grounds for the Defendants' Motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein.

WHEREFORE, the Defendants respectfully request that this Court dismiss the Plaintiff's Complaint and grant the Defendants whatever further relief this Court deems necessary and just.

Respectfully submitted,

SEYFARTH SHAW LLP

Robert B. Lovett
Christopher F. Robertson
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

J. Scott Humphrey
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 346-8869

CH1 10919902 1