

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE P. ORGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 2317 |
| | ) | |
| MARC BYRON, BEN KAAK, and | ) | Judge James B. Zagel |
| CATHERINE BARBARO | ) | |
| | ) | |
| Defendants. | ) | |

**FILED JUN 30 2005 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

## NOTICE OF MOTION

To: Jack L. Haan
James J. Eccleston
Henry N. Novoselsky
20 North Wacker Drive – Suite 2900
Chicago, IL 60606

PLEASE TAKE NOTICE that on July 12, 2005 at 10:15 a.m., we shall appear before the Honorable Judge James B. Zagel or any other judge sitting in his stead, in the court room usually occupied by him in Room 2503, in the United States District Court, Northern District of Illinois, Eastern Division, and then and there present for hearing the attached **Defendants' Motion to Dismiss**, a copy of which is attached and is hereby served upon you.

                                                            MARC BYRON, BEN KAAK, and
                                                            CATHERINE BARBARO

                                                           By: _____
                                                                   One of Their Attorneys

J. Scott Humphrey
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

CH1 10920030.1

## CERTIFICATE OF SERVICE

I, J. Scott Humphrey, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Motion to Dismiss** to be served upon the following, by depositing a copy of same in the U.S. Mail, postage prepaid, on this 30th day of June, 2005:

>Jack L. Haan
>James J. Eccleston
>Henry N. Novoselsky
>20 North Wacker Drive – Suite 2900
>Chicago, IL 60606

J. Scott Humphrey

2

CH1 10920030.1