UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE P. ORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-C-2317 |
| ) | |
| MARC BYRON, BEN KAAK and ) | |
| CATHERINE BARBARO, ) | |
| ) | |
| Defendants. ) | |

**FILED JUN 3 0 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christopher Robertson, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210, in the above-referenced matter on behalf of Defendants, Marc Byron, Ben Kaak and Catherine Barbaro.

Respectfully submitted,

**MARC BYRON, BEN KAAK and
CATHERINE BARBARO**

By their Attorneys,

Christopher Robertson (BBO #642094)
**SEYFARTH SHAW LLP**
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800
(617) 946-4801 (facsimile)

J. Scott Humphrey
**SEYFARTH SHAW LLP**
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
(312) 346-8000
(312) 269-8869 (facsimile)

Dated: May 19, 2005

BO1 15716127.1 / 39051-000001

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Orgon
    v.
Byron, et al

Case Number: 05 C 2317

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Marc Byron, Ben Kaak, and Catherine Barbaro

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Robert B. Lovett | NAME: Christopher Robertson |
| FIRM: Seyfarth Shaw LLP | FIRM: Seyfarth Shaw LLP |
| STREET ADDRESS: Two Seaport Lane, Suite 300 | STREET ADDRESS: Two Seaport Lane, Suite 300 |
| CITY/STATE/ZIP: Boston, MA 02210 | CITY/STATE/ZIP: Boston, MA 02210 |
| TELEPHONE NUMBER: (617) 946-4800 | TELEPHONE NUMBER: (617) 946-4800 |
| FAX NUMBER: (617) 946-4801 | FAX NUMBER: (617) 946-4801 |
| E-MAIL ADDRESS: RLovett@seyfarth.com | E-MAIL ADDRESS: CRobertson@seyfarth.com |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: J. Scott Humphrey | NAME: |
| FIRM: Seyfarth Shaw LLP | FIRM: |
| STREET ADDRESS: 55 East Monroe Street, Suite 4200 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 346-8000 | TELEPHONE NUMBER: |
| FAX NUMBER: (312) 269-8869 | FAX NUMBER: |
| E-MAIL ADDRESS: shumphrey@seyfarth.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6239169 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☒ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED JUN 30 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

American LegalNet, Inc.    www.USCourtForms.com