UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE P. ORGAN | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 05 C 2317 |
| MARC BYRON, BEN KAAK, and CATHERINE BARBARO | ) ) ) ) | Judge James B. Zagel |
| Defendants. | ) | |

**FILED** JUN 3 0 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To: Jack L. Haan
James J. Eccleston
Henry N. Novoselsky
20 North Wacker Drive – Suite 2900
Chicago, IL 60606

PLEASE TAKE NOTICE that on June 30, 2005, we filed the following documents in the United States District Court, Northern District of Illinois, Eastern Division, copies of which are attached and hereby served upon you:

Notice of Appearances for Defendants Marc Byron, Ben Kaak and Catherine Barbaro;

Application of Chirstopher Robertson for Leave to Appear Pro Hac Vice;

Application of Robert B. Lovett for Leave to Appear Pro Hac Vice.

MARC BYRON, BEN KAAK, and
CATHERINE BARBARO

By: _____
One of Their Attorneys

J. Scott Humphrey
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

CH1 10920111.1

## CERTIFICATE OF SERVICE

I, J. Scott Humphrey, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing documents to be served upon the following, by depositing a copy of same in the U.S. Mail, postage prepaid, on this 30th day of June, 2005:

> Jack L. Haan
> James J. Eccleston
> Henry N. Novoselsky
> 20 North Wacker Drive – Suite 2900
> Chicago, IL 60606

J. Scott Humphrey

2

CH1 10920111.1