# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Lawrence P Organ

                Plaintiff,

v.                                              Case No.: 1:05−cv−02317
                                               Honorable James B. Zagel

Marc Byron, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2005:

        MINUTE entry before Judge James B. Zagel :Motion to dismiss [7] is entered and continued. Responses due by 8/9/2005 Replies due by 8/23/2005. Motion ruling set for 10/12/2005 at 10:00 AM. No notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.