## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 2.5**
### Eastern Division

Lawrence P Organ
                          Plaintiff,

v.                                            Case No.: 1:05−cv−02317
                                              Honorable James B. Zagel

Marc Byron, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2005:

   MINUTE entry before Judge James B. Zagel : Ruling on motion to dismiss set for 10/12/2005 is stricken. Ruling to be made by mail. Status hearing set for 11/9/2005 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.