# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Lawrence P Organ

                Plaintiff,

v.

Marc Byron, et al.

                Defendant.

Case No.: 1:05−cv−02317
Honorable James B. Zagel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2005:

    MINUTE entry before Judge James B. Zagel : Status hearing 11/9/2005 is reset for 12/14/2005 at 10:00 AM. Ruling on motion to dismiss to be made by mail.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.