# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2317 | **DATE** | 11/23/2005 |
| **CASE TITLE** | LAWRENCE P. ORGAN vs. MARC BYRON, ET AL | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to dismiss [7] is denied. This case is ordered transferred to the U.S. District Court, District Court of Delaware pursuant to 28 USC 1406(a).

■ [ For further detail see attached order. ]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|