IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAWRENCE P. ORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-867 JJF |
| | ) | |
| MARC BYRON, BEN KAAK and | ) | |
| CATHERINE BARBARO, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of the undersigned as counsel for plaintiff in this matter.

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
  Attorney for Plaintiff

OF COUNSEL:

Jack L. Haan, Esquire
James J. Eccleston, Esquire
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive, Suite 2900
Chicago, IL 60606
(312) 621-4400

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on the 13 day of January, 2006, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants. In addition, I further certify that I caused the above-mentioned document to served as follows:

(VIA FIRST CLASS MAIL)   J. Scott Humphrey, Esquire
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

(VIA FIRST CLASS MAIL)   Robert B. Lovett, Esquire
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
(302) 656-4433
jgoddess@rmgglaw.com