IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-867 (JJF) |
| ) | |
| MARC BYRON, BEN KAAK and ) | |
| CATHERINE BARBARO, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as counsel for defendants.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendants*

OF COUNSEL:

Robert B. Lovett
Christopher F. Robertson
SEYFARTH SHAW LLP
Two Seaport Lane
Suite 300
Boston, MA 02210
(617) 946-4927

Dated: January 16, 2006

9999.9999\294276v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on January 16, 2006, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal, Monhait, Gross & Goddess, P.A.
>Suite 1401, 919 Market Street
>P. O. Box 1070
>Wilmington, DE 19899-1070
>jgoddess@rmgglaw.com

>J. Clayton Athey (#4378)
>PRICKETT, JONES & ELLIOTT, P.A.
>jcathey@prickett.com

9999.9999\294276v1