## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-867 JJF |
| ) | |
| MARC BYRON, BEN KAAK and ) | |
| CATHERINE BARBARO, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Jack L. Haan, Esquire and Henry N. Novoselsky, Esquire of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C., 20 North Wacker Drive, Suite 2900, Chicago, IL 60606 to represent plaintiff in this matter.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com
(302) 656-4433
Attorney for Plaintiff

Dated:       January 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARC BYRON, BEN KAAK and<br>CATHERINE BARBARO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-867 JJF<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 1/12/06

                                                     Jack L. Haan
                                                   Shaheen, Novoselsky, Staat,
                                                   Filipowski & Eccleston, P.C.
                                                   20 North Wacker Drive, Suite 2900
                                                   Chicago, IL 60606
                                                   (312) 621-4400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-867 JJF |
| | ) |
| MARC BYRON, BEN KAAK and | ) |
| CATHERINE BARBARO, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 1/12/06

Henry N. Novoselsky
Shaheen, Novoselsky, Staat,
  Filipowski & Eccleston, P.C.
20 North Wacker Drive, Suite 2900
Chicago, IL 60606
(312) 621-4400

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-867 JJF |
| | ) |
| MARC BYRON, BEN KAAK and | ) |
| CATHERINE BARBARO, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jack L. Haan and Henry N. Novoselsky is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on January 17, 2006, I electronically filed the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participant(s).

> James L. Holzman, Esquire
> J. Clayton Athey, Esquire
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> Wilmington, DE 19801

Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
(302) 656-4433
jgoddess@rmgglaw.com