IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-867 (JJF) |
| | ) |
| MARC BYRON, BEN KAAK and | ) |
| CATHERINE BARBARO, | ) |
| | ) |
| Defendants. | ) |

### SCHEDULING STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval and Order of the Court, that:

1. Defendants shall respond to plaintiff's Complaint (D.I. 1) on or before February 21, 2006.

2. Plaintiff shall, if necessary, file an answering brief on or before March 21, 2006.

3. Defendants shall, if necessary, file a reply brief on or before April 11, 2006.

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

By: _____
Jeffrey S. Goddess (DE Bar #630)
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
*Attorneys for Plaintiff*

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (DE Bar #663)
J. Clayton Athey (DE Bar #4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendants*

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

19882.1.\295729v1