UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN<br><br>Plaintiff,<br><br>v.<br><br>MARC BYRON, BEN KAAK, and<br>CATHERINE BARBARO<br><br>Defendants. | No. 1:05-cv-00867-JJF |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendants Marc Byron, Ben Kaak and Catherine Barbaro ("Defendants") hereby move to dismiss the Complaint in this action in its entirety, with prejudice, and submit herewith a Memorandum of Law in support of the motion. As set forth therein, Plaintiff's Complaint, which alleges only a claim under the Illinois Securities Law of 1953, must be dismissed because of an enforceable choice of law provision requiring Plaintiff to bring his claims under Delaware law. In addition, the Complaint should be dismissed with prejudice because any amendment under Delaware law would be futile as time barred and barred by the express terms of the Merger Agreement signed by the Plaintiff.

WHEREFORE, Defendants pray the Court to dismiss Plaintiff's Complaint, with prejudice.

                PRICKETT, JONES & ELLIOTT, P.A.

                James L. Holzman (ID#663)
                J. Clayton Athey (ID#4378)
                1310 King Street
                Wilmington, DE 19899
                Telephone: (302) 888-6500
                jlholzman@prickett.com
                jcathey@prickett.com

Of Counsel:

Robert B. Lovett
Christopher F. Robertson
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
rlovett@seyfarth.com
crobertson@seyfarth.com

Dated: February 21, 2006

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 21st day of February, 2006, I caused a copy of the foregoing MOTION TO DISMISS to be served on counsel for the parties via e-file:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess
>919 Market Street
>Suite 1401
>Wilmington, DE 19801

_____
J. Clayton Athey (ID#4378)