# MOSAIC GROUP INC.

Consolidated Statements of Operations
(In thousands of dollars, except per share amounts)

Years ended December 31, 2001 and 2000

|  |  | 2001 |  | 2000 |
|---|---|---|---|---|
| Revenue | $ | 761,654 | $ | 493,662 |
| Direct costs |  | 545,465 |  | 318,760 |
| Gross profit |  | 216,189 |  | 174,902 |
| Selling, general and administrative |  | 131,561 |  | 107,605 |
| Earnings from continuing operations before depreciation and amortization, interest, minority interest, income taxes and goodwill charges (EBITDA) |  | 84,628 |  | 67,297 |
| Depreciation and other amortization |  | 17,858 |  | 9,422 |
| Interest |  | 16,811 |  | 8,994 |
| Minority interest |  | (629) |  | (393) |
| Earnings from continuing operations before income taxes and goodwill charges |  | 50,588 |  | 49,274 |
| Income taxes (note 8): |  |  |  |  |
| Current |  | 10,293 |  | 10,651 |
| Future |  | 960 |  | 976 |
|  |  | 11,253 |  | 11,627 |
| Earnings from continuing operations before goodwill charges |  | 39,335 |  | 37,647 |
| Goodwill charges, net of income taxes of $3,151 (2000 - $1,088) |  | 10,305 |  | 6,738 |
| Earnings from continuing operations |  | 29,030 |  | 30,909 |
| Loss from discontinued operations (note 13) |  | (8,324) |  | (28,296) |
| Net earnings | $ | 20,706 | $ | 2,613 |
| Earnings per share (note 9(a)): |  |  |  |  |
| Basic | $ | 0.24 | $ | 0.04 |
| Diluted | $ | 0.23 | $ | 0.03 |
| Earnings per share from continuing operations (note 9(a)): |  |  |  |  |
| Basic | $ | 0.35 | $ | 0.43 |
| Diluted | $ | 0.34 | $ | 0.41 |
| Earnings per share from continuing operations before goodwill charges (note 9(a)): |  |  |  |  |
| Basic | $ | 0.48 | $ | 0.52 |
| Diluted | $ | 0.48 | $ | 0.50 |
| Weighted average number of shares outstanding (in thousands) (note 9(a)): |  |  |  |  |
| Basic |  | 75,678 |  | 72,060 |
| Diluted |  | 76,990 |  | 75,438 |

See accompanying notes to consolidated financial statements.

# MOSAIC GROUP INC.

Consolidated Statements of Cash Flows
(In thousands of dollars, except per share amounts)

Years ended December 31, 2001 and 2000

|  | 2001 | 2000 |
|---|---|---|
| Cash provided by (used in): | | |
| Operations: | | |
| Earnings from continuing operations | $ 29,030 | $ 30,909 |
| Items not involving cash: | | |
| Depreciation and other amortization | 17,858 | 9,422 |
| Non-cash interest and finance costs | 1,645 | 910 |
| Future income taxes | 960 | 976 |
| Goodwill charges | 10,305 | 6,738 |
| Minority interest | (629) | (393) |
| Cash flow from continuing operations | 59,169 | 48,562 |
| Net change in non-cash operating working capital from continuing operations | (31,125) | 15,237 |
|  | 28,044 | 63,799 |
| Financing: | | |
| Issue of common shares, net of costs and share repurchases | (3,720) | 6,301 |
| Issue of equity instruments, net of costs (note 6(c)) | 83,893 | – |
| Proceeds on issue of long-term debt | 49,980 | 181,800 |
| Repayment of long-term debt | (122,144) | (34,587) |
| Increase (decrease) in bank indebtedness | 2,798 | (1,219) |
| Distributions on equity instruments (notes 1(m) and 6(c)) | (4,561) | – |
| Minority investment in subsidiary | 43 | 2,909 |
|  | 6,289 | 155,204 |
| Investments (continuing operations): | | |
| Acquisitions of businesses, net of cash acquired | (14,162) | (169,544) |
| Additions to property and equipment | (22,177) | (26,530) |
| Additions to other assets | (2,231) | (9,529) |
|  | (38,570) | (205,603) |
| Impact of foreign exchange effect on cash | 260 | (589) |
| Net cash used in discontinued operations | (6,806) | (7,434) |
| Increase (decrease) in cash position | (10,783) | 5,377 |
| Cash, beginning of year | 15,413 | 10,036 |
| Cash, end of year | $ 4,630 | $ 15,413 |
| Cash flow per share from continuing operations (note 9(c)): | | |
| Basic | $ 0.78 | $ 0.67 |
| Diluted | $ 0.77 | $ 0.64 |
| Supplementary cash flow disclosures (note 9(c)) | | |

See accompanying notes to consolidated financial statements.

# MOSAIC GROUP INC.

Consolidated Balance Sheets
(In thousands of dollars)

As at December 31, 2001 and 2000

|  | | 2001 | | 2000 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash | $ | 4,630 | $ | 15,413 |
| Accounts receivable | | 92,538 | | 77,387 |
| Work in progress and unbilled revenue | | 21,825 | | 23,430 |
| Inventory and other current assets | | 17,936 | | 16,299 |
| Net assets of discontinued operations (note 13) | | – | | 5,781 |
| | | 136,929 | | 138,310 |
| Property and equipment (note 3) | | 63,110 | | 45,763 |
| Goodwill, net of accumulated amortization of | | | | |
| $31,755 (2000 - $18,298) | | 589,711 | | 430,824 |
| Future income taxes (note 8) | | 18,221 | | 7,020 |
| Other assets (note 4) | | 12,793 | | 26,168 |
| | $ | 820,764 | $ | 648,085 |

## Liabilities and Shareholders' Equity

| | | 2001 | | 2000 |
|---|---|---|---|---|
| Current liabilities: | | | | |
| Bank indebtedness (note 5(a)) | $ | 5,943 | $ | 3,145 |
| Accounts payable and accrued liabilities | | 99,968 | | 129,130 |
| Deferred revenue | | 24,697 | | 23,576 |
| Accrued acquisition liabilities | | 72,845 | | 38,424 |
| Income taxes payable | | 2,705 | | 2,424 |
| Current portion of long-term debt (note 5(b)) | | 3,828 | | 272 |
| | | 209,986 | | 196,971 |
| Long-term debt (note 5(b)) | | 169,347 | | 227,337 |
| Future income taxes (note 8) | | 19,758 | | 14,287 |
| Minority interest | | 2,685 | | 3,321 |
| Shareholders' equity: | | | | |
| Share capital (note 6) | | 375,780 | | 187,442 |
| Foreign currency translation adjustment | | (3,849) | | (13,630) |
| Retained earnings | | 47,057 | | 32,357 |
| | | 418,988 | | 206,169 |
| Commitments (notes 2 and 10) | | | | |
| Contingencies (notes 11 and 14) | | | | |
| | $ | 820,764 | $ | 648,085 |

See accompanying notes to consolidated financial statements.

On behalf of the Board:

(Signed)  "William J. Biggar"        Director


(Signed)  "Theodore D. Sands"       Director

# MOSAIC GROUP INC.

Consolidated Statements of Retained Earnings
(In thousands of dollars)

Years ended December 31, 2001 and 2000

|  | 2001 | 2000 |
|---|---|---|
| Retained earnings, beginning of year | $    32,357 | $    30,455 |
| Net earnings | 20,706 | 2,613 |
| Repurchase of shares in excess of average issue price | (3,280) | (711) |
| Distributions on equity instruments, net of income taxes of $2,231 (notes 1(m) and 6(c)) | (2,726) | – |
| Retained earnings, end of year | $    47,057 | $    32,357 |

See accompanying notes to consolidated financial statements.

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

Mosaic Group Inc. ("Mosaic" or the "Company") is incorporated under the laws of Ontario. Mosaic, with operations in Canada, the United States, and the United Kingdom, is a world leading provider of results-driven, measurable marketing solutions for global brands. Mosaic specializes in three functional solutions: Direct Marketing Customer Acquisition and Retention Solutions; Marketing & Infrastructure Solutions; and Sales Solutions & Research, offered as integrated end-to-end solutions. Mosaic differentiates itself by offering technology based solutions providing measurable and sustainable results for its brand partners (clients).

1. **Significant accounting policies:**

These consolidated financial statements are the representation of management and have been prepared in accordance with Canadian generally accepted accounting principles. The preparation of financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities and disclosure of contingent liabilities at the date of the consolidated financial statements and the reported amounts of revenue and expenses during the year. Actual results could differ from those estimates. Significant accounting policies followed by the Company are summarized below:

(a) Principles of consolidation:

The consolidated financial statements include the accounts of the Company and its subsidiaries from the dates of acquisition. All significant intercompany accounts and transactions have been eliminated.

(b) Revenue recognition and multi-year contract accounting:

The Company recognizes revenue when it is realized or realizable and earned. The Company considers revenue realized or realizable and earned when it has persuasive evidence of an arrangement, the services have been provided to the customer, the sale price is fixed and determinable and payment is reasonably assured. Work in progress is recorded at the lower of cost and net realizable value. Revenue billed in advance in accordance with contract terms is recorded as deferred revenue. Revenue, which has been earned but not billed, is recorded as unbilled revenue.

Revenue from fixed price long-term service contracts is recognized over the contract term based on the percentage of services that are provided during the period compared with the total estimated services to be provided over the entire contract. Losses on fixed price contracts are recognized during the period in which the loss first becomes apparent. Contract development costs incurred prior to the commencement of new contracts are deferred and amortized over the term of the contract.

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

1.   **Significant accounting policies (continued):**

   (b)   Revenue recognition and multi-year contract accounting (continued):

   Revenue from customer acquisition services is recognized only when the Company has completed all aspects related to the acquisition of the specific customer as required under the terms of its acquisition or distribution agreement with the Company's client. In certain cases, revenue is recognized on activation of the customer in the client's service network as required by the terms of the contract. In other cases the Company is required to obtain from the brand partner customer a service contract for the provision of services, which is the point at which revenue is recognized. Revenue is recorded net of allowances in respect of estimated customer attrition or churn where such attrition is charged back to the Company.

   (c)   Inventory:

   Inventory is valued at the lower of cost and replacement value. Cost is determined on a first-in, first-out basis.

   (d)   Investments:

   Investments over which the Company does not exert significant influence are accounted for using the cost method. If there is an other than temporary decline in value, investments are written down to provide for the loss.

   (e)   Property and equipment:

   Property and equipment are stated at cost, net of accumulated depreciation. Depreciation is provided using the straight-line method over the following periods:

| | |
|---|---|
| Building | 40 years |
| Computer hardware | 3 - 5 years |
| Computer software | 1 - 7 years |
| Office furniture and equipment | 3 - 10 years |
| Motor vehicles | 4 years |
| Leasehold improvements | Over the initial lease term, plus one renewal period |

   (f)   Goodwill:

   Goodwill, which represents the excess of the purchase price over the fair values of net identifiable assets acquired, is amortized on a straight-line basis over its estimated life, ranging from ten to forty years. Goodwill charges are presented net of the related income tax benefit of deductible goodwill. Periodically, management reviews the carrying value

37

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

1.  **Significant accounting policies (continued):**

    (f)  Goodwill (continued):

    of goodwill to determine if an impairment has occurred.  The Company measures any potential impairment by comparing the carrying value to the undiscounted amounts of expected future cash flows. See note 1(o).

    (g)  Deferred financing costs:

    Deferred financing costs represent the unamortized costs related to the establishment of the revolving term senior credit facility. Amortization is provided on a straight-line basis over the initial term of the revolving facility plus one renewal period and is included in interest expense for the year.

    (h)  Pre-operating expenses:

    The Company capitalizes expenditures net of incremental revenue incurred to develop significant new lines of business. Capitalization occurs where the expenditure is incremental in nature and directly related to placing the new business into service, and where, in the view of management, it is probable that the expenditure is recoverable from the future operations of the new business.  Capitalization ceases when the business is ready to commence commercial operations.  Capitalized pre-operating expenses are amortized on a straight-line basis over the expected period of benefit, to a maximum of three years.

    (i)  Foreign currency translation:

    Monetary assets and liabilities denominated in foreign currencies are translated into Canadian dollars at the exchange rate in effect at the consolidated balance sheet dates. Income and expense items are translated at the exchange rate in effect at the date of the transaction, except where hedged.  Resulting exchange gains or losses are included in income.  Unrealized gains or losses on long-term debt are deferred and amortized over the remaining term of the debt, except for unrealized gains or losses on long-term debt which is designated as a hedge of the self-sustaining operations, which are deferred and included as a separate component of shareholders' equity.

    The Company's foreign subsidiaries are classified as self-sustaining foreign operations and therefore, the Company uses the current rate method, whereby the assets and liabilities of such foreign operations are translated at the exchange rate in effect at the consolidated balance sheet dates.  Revenue and expenses are translated at the average exchange rate for the year.  Translation gains or losses are deferred and included as a separate component of shareholders' equity.

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

1.    **Significant accounting policies (continued):**

(j)    Financial instruments:

The Company enters into interest rate swap arrangements to manage its exposure to interest rate fluctuations. The Company accounts for these interest rate swaps as hedges and, as a result, the carrying values of such swaps are not adjusted to reflect their current market values. The differential paid or received on interest rate swap agreements is recognized as part of interest expense.

The Company enters into short-term foreign currency forward contracts to manage its exposure to foreign currency fluctuations, wherein the Company sells specified foreign currencies for Canadian dollars for settlement on specified future dates which coincide with the receipt of contracted foreign currency revenue streams. The Company accounts for these foreign currency forward contracts as hedges and, as a result, the carrying values of such contracts are not adjusted to reflect their current market values. The underlying exchange rate in the forward contract is used to translate the revenue stream from the hedged instrument.

(k)    Income taxes:

The Company follows the liability method of accounting for income taxes. Future income taxes reflect the effect of temporary differences between assets and liabilities that are recognized for financial reporting purposes and the amounts that are recognized for income tax purposes, giving rise to future income tax assets and liabilities. Future income tax assets and liabilities are measured using the enacted or substantively enacted income tax rates expected to apply to taxable income in the years in which those temporary differences are likely to be recovered or settled. The effects of changes in tax rates on future income tax assets and liabilities are recognized in income in the period that those changes are enacted or substantively enacted. Valuation allowances are recognized to reduce the future tax assets to the amount that is more likely than not to be realized. In assessing the likelihood of realization, management considers estimates of future taxable income.

(l)    Stock-based compensation plans:

The Company has stock-based compensation plans which are described in note 7. No compensation expense is recognized for these plans when options are issued to employees or directors. Any consideration paid by employees or directors on exercise of options is credited to share capital, net of related costs. See note 1(o).

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

1.    **Significant accounting policies (continued):**

(m) Equity instruments:

Where the Company has the ability to satisfy distribution and redemption obligations on its equity instruments by the issue of common shares, these securities are included in shareholders' equity and any distributions thereon, net of income taxes, are recorded as a reduction of retained earnings.

(n) Earnings per share:

The Company has retroactively adopted the new recommendations for determining earnings per common share issued by The Canadian Institute of Chartered Accountants. Accordingly, basic earnings per share have been determined by dividing net income less distributions on equity instruments by the weighted average number of common shares outstanding during the year.   Diluted earnings per share are calculated in accordance with the treasury stock method and are based on the weighted average number of common shares and dilutive common share equivalents outstanding.

(o) New accounting standards to be implemented:

Effective January 1, 2002, the Company adopted the new accounting standards released by The Canadian Institute of Chartered Accountants as applied to business combinations and accounting for acquisition related goodwill and other intangible assets. This will effectively eliminate the ongoing amortization of goodwill but will require the Company to periodically carry out tests that are significantly more rigorous than the existing standards to determine whether there has been impairment in the carrying value of goodwill in the consolidated financial statements.  The impact of the non-amortization approach to accounting for goodwill for the Company in 2002 will be to increase diluted earnings from continuing operations.  The Company has not yet determined the effect, if any, on its financial position and results of operations of the new goodwill impairment testing that will be done in connection with these new accounting standards.

Effective January 1, 2002, the Company adopted the new accounting standard applicable to stock-based compensation which requires that all issuances of stock or stock options to non-employees in exchange for goods or services be accounted for at fair value.  Direct awards of stock in exchange for employee services would also be accounted for at fair value.  Stock appreciation rights and awards of stock options that call for settlement in cash will be accounted for as liabilities in an amount equal to the difference between the exercise price and the fair value of the stock at the date of the grant; the amount of the liability recognized would be remeasured at each reporting date to reflect changes in the fair value of the stock.

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

1.  **Significant accounting policies (continued):**

(o) New accounting standards to be implemented (continued):

Stock appreciation rights that call for settlement in stock would be accounted for either at their fair value or in the same way as stock appreciation rights to be settled in cash. The Company does not expect the effect of the adoption of the new accounting standard related to stock-based compensation to be material.

2.  **Business combinations and investments:**

The Company did not acquire any businesses in 2001, however, the contingent consideration payments for previous acquisitions were finalized during the year as discussed below:

(a) Paradigm Direct LLC:

In the fourth quarter of 2001, the Company entered into an agreement with the vendors of Paradigm Direct LLC ("Paradigm"), now renamed Mosaic Performance Solutions, amending certain terms related to the contingent consideration ("earnout") payable as per the original merger agreement. Shareholders approved the terms of the amending agreement on January 7, 2002. The additional consideration payable has been included in goodwill. The following table summarizes the amounts payable under the amended terms:

| | |
|---|---:|
| 20,540,000 shares issued in January 2002 | $ 57,512 |
| Payable in cash or common shares at Mosaic's option, US$26,000,000 or a maximum of 12,480,000 shares | 41,340 |
| Total obligations included in share capital | 98,852 |
| Cash paid in January 2002 | 42,135 |
| Additional transaction costs | 2,012 |
| Total additional consideration | $ 142,999 |

(b) M:\DRIVE:

Included in accrued acquisition liabilities are notes payable amounting to $10.2 million issued in settlement of further cash consideration payable as per the terms of the acquisition. These notes are interest bearing and payable in June 2002. In addition

41

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

2.  **Business combinations and investments (continued):**

(b)  793,979 common shares valued at $5.6 million were issued to the vendors of M:\DRIVE in February 2001.

(c)  Other prior years' acquisitions:

During fiscal 2001, a further $0.4 million in cash consideration, and 28,318 common shares valued at $0.2 million were paid to the vendors in respect of prior years' acquisitions. In addition, 57,142 common shares previously issued for acquisitions were cancelled during the year.

The acquisitions completed by the Company in fiscal 2000 are summarized below:

| | Paradigm | M:\DRIVE | Other | Total |
|---|---|---|---|---|
| | (a) | (b) | | |
| Date acquired | November 2000 | April 2000 | | |
| Domicile | USA | UK | | |
| Percentage acquired | 100% | 100% | | |
| Cash, including transaction costs, net of cash acquired | $ 147,851 | $ 20,621 | $ 20,811 | $ 189,283 |
| Common shares of the Company | 25,799 | 3,008 | 95 | 28,902 |
| Additional future consideration to be satisfied with shares of the Company | - | 5,700 | 186 | 5,886 |
| | 173,650 | 29,329 | 21,092 | 224,071 |
| Costs of integration | 4,114 | 500 | 450 | 5,064 |
| Total consideration, after integration costs | $ 177,764 | $ 29,829 | $ 21,542 | $ 229,135 |
| Assigned value of assets and liabilities acquired: | | | | |
| Property and equipment | $ 2,470 | $ 911 | $ 487 | $ 3,868 |
| Other assets | 2,543 | - | - | 2,543 |
| Goodwill | 212,235 | 28,514 | 21,524 | 262,273 |
| Long-term debt | - | - | (154) | (154) |
| Non-cash working capital | (39,484) | 404 | 441 | (38,639) |
| Minority investment | - | - | (756) | (756) |
| | $ 177,764 | $ 29,829 | $ 21,542 | $ 229,135 |
| Goodwill amortization period, straight-line basis | 40 years | 30 years | 10 - 30 years | |
| Number of common shares issued | 2,344,728 | 196,960 | 25,013 | 2,566,701 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

2.  **Business combinations and investments (continued):**

All fiscal 2000 acquisitions have been accounted for using the purchase method. Shares to be issued in the future to satisfy additional consideration are valued at the trading price on the date when the parties reached agreement. Integration costs only include costs directly related to the acquisition, which are incremental to the Company and were identified at the time of the acquisition.  Generally, integration costs include costs for workforce reductions, premises closures and the implementation at the acquired company of Mosaic systems and processes.

(a)  Paradigm Direct LLC:

On November 16, 2000, the Company acquired 100% of Paradigm, a New Jersey based company that uses a technology-based direct marketing platform to acquire customers for some of America's largest Fortune 100 service brands in telecommunications, financial services, insurance and home services.

(b)  M:\DRIVE:

On April 19, 2000, the Company acquired 100% of M:\DRIVE, a UK-based agency that provides integrated marketing services to the IT industry. M:\DRIVE offers a fully integrated array of marketing and sales services, including field marketing and merchandising, training, data management, direct marketing, sales promotion and telemarketing.

(c)  During fiscal 2000, a further $2.5 million in additional cash consideration and 219,034 in common shares valued at $3.4 million were paid to the vendors of prior years' acquisitions.

3.  **Property and equipment:**

| 2001 | Cost | Accumulated depreciation | Net |
|---|---|---|---|
| Land and building | $   9,694 | $    219 | $  9,475 |
| Leasehold improvements | 8,660 | 2,446 | 6,214 |
| Computer hardware and software | 66,794 | 27,547 | 39,247 |
| Office furniture and equipment | 13,458 | 5,865 | 7,593 |
| Motor vehicles | 1,204 | 623 | 581 |
| | $  99,810 | $ 36,700 | $ 63,110 |

43

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

3.   **Property and equipment (continued):**

| 2000 | Cost | Accumulated depreciation | Net |
|---|---|---|---|
| Land and building | $ 9,361 | $ 52 | $ 9,309 |
| Leasehold improvements | 7,462 | 1,561 | 5,901 |
| Computer hardware and software | 36,967 | 14,240 | 22,727 |
| Office furniture and equipment | 13,045 | 6,246 | 6,799 |
| Motor vehicles | 1,892 | 865 | 1,027 |
| | $ 68,727 | $ 22,964 | $ 45,763 |

Depreciation expense for continuing operations for the year amounted to $16,761,000 (2000 - $6,152,000).

4.   **Other assets:**

| | 2001 | 2000 |
|---|---|---|
| Contract development and pre-operating costs, net of accumulated amortization of $1,111 (2000 - $423) | $ 5,879 | $ 7,449 |
| Deferred financing costs, net of accumulated amortization of $3,198 (2000 - $1,554) | 4,365 | 5,200 |
| Investment in Intelecom at cost | - | 9,148 |
| Other | 2,549 | 4,371 |
| | $ 12,793 | $ 26,168 |

During the year the Company exchanged its 20% interest in Intelecom for the 25% investment in eForce previously held by Intelecom. As a result of the transactions Mosaic will directly hold 100% of the common share capital of eForce and will no longer have any direct or indirect ownership in Intelecom.

44

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

5.    **Bank indebtedness and long-term debt:**

(a)  Bank indebtedness:

The Company has a £1,250,000 (Cdn.$2,900,000) (2000 - £1,250,000) sterling demand facility, bearing interest at the London Inter-Bank Offering Rate plus 1.5%, secured by accounts receivable.    The amount drawn under this facility was £1,200,000 (Cdn.$2,784,000) at December 31, 2001 (2000 - nil).  At year-end the effective interest rate under this facility was 5.55%.

(b)  Long-term debt:

|  | 2001 | 2000 |
|---|---|---|
| Senior credit facility | $  162,710 | $  225,497 |
| Obligations under capital leases | 10,465 | 2,112 |
|  | 173,175 | 227,609 |
| Current portion | (3,828) | (272) |
|  | $  169,347 | $  227,337 |

Interest expense on long-term debt for the year ended December 31, 2001 was $15,459,000 (2000 - $8,594,000).

Senior credit facility:

The Company's credit agreement was amended on November 30, 2001.  The amended agreement provides a $300 million committed revolving term facility, which can be drawn in Canadian or US dollars.  The terms of the amended agreement provide for a reduction in the available principal amount to $275 million by October 5, 2002, and to $250 million by October 5, 2003.  The term of the facility is three years, which can be extended for a further year on each anniversary of the facility, currently due October 2004.  Terms of the expanded and amended facility are not materially different from previous terms with the exception of interest rates and standby charges.  Interest rates on the facility are variable based on the level of the funded debt to EBITDA ratio.  Canadian dollar loans bear interest at bankers' acceptance rate plus 2.15% to 3.05% or bank prime rates plus 1.4% to 2.25%, with US dollar loans bearing interest at US base rate plus 1.4% to 2.25% or the London Inter-Bank Offering Rate plus 2.15% to 3.05%.  At year-end the weighted average effective interest rate under the facility was 5.85% (2000 – 7.69%).

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

5.  **Bank indebtedness and long-term debt (continued):**

    Senior credit facility (continued):

    At December 31, 2001, borrowings under the senior credit facility included:

    (i)  US$69,000,000 (2000 – US$113,000,000) in US dollar denominated debt, all of which was determined to be a hedge of the Company's investment in its US operations. A five-year interest rate swap for notional principal of US$25,000,000 was purchased during 1998 to fix the rate of interest on a portion of debt, with the year-end rate at 8.0% (2000 – 7.25%); and

    (ii)  Canadian dollar denominated debt of $53,000,000. A three-year interest rate swap for notional principal of $50,000,000 was purchased during 2001 to fix the rate of interest on a portion of Canadian dollar denominated debt, with the year-end rate at 7.34%.

    Under the terms of the stated facility, the Company is required to maintain certain financial ratios and is restricted from paying dividends. In addition, future acquisitions are subject to lender review and must comply with certain predetermined criteria.

    The term debt is under the senior credit facility, collateralized by the pledge of a debenture collateralized by fixed and floating charges on substantially all of the assets of the Company and its wholly-owned subsidiary companies.

    Obligations under capital leases:

    The following is a schedule of future minimum annual lease payments under capital leases for equipment:

| | |
|---|---:|
| 2002 | $ 4,057 |
| 2003 | 4,729 |
| 2004 | 2,893 |
| | 11,679 |
| Amount representing interest | (1,214) |
| Balance of obligation | $ 10,465 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

6.    **Share capital:**

(a)  Authorized:

The authorized share capital of Mosaic consists of the following:

(i)   Unlimited number of preference shares.  Subject to the Company's articles, the Board of Directors is authorized to fix before issuance the description, rights, privileges, restrictions and conditions attaching to the preference shares of each series; and

(ii)  Unlimited number of common shares, without par value.

(b)  Issued and outstanding at December 31:

|  | Number of shares | Amount |
|---|---|---|
| Common shares outstanding, December 31, 1999 | 70,919,560 | $ 148,770 |
| Issued on acquisitions (note 2) | 2,785,735 | 32,323 |
| Issued on exercise of options (note 7) | 1,037,763 | 2,720 |
| Other, net of share repurchases under a Normal Course Issuer Bid | 267,134 | 3,629 |
| Common shares outstanding, December 31, 2000 | 75,010,192 | 187,442 |
| Issued on acquisitions (note 2) | 765,155 | 5,406 |
| Issued on exercise of options (note 7) | 606,220 | 1,050 |
| Other, net of share repurchases under a Normal Course Issuer Bid | (1,187,196) | (2,320) |
| Common shares outstanding, December 31, 2001 | 75,194,371 | 191,578 |
| Other equity instruments: | | |
| Canadian Originated Preferred Securities (note 6(c)) | | 85,350 |
| Paradigm earnout obligation to be settled in shares (note 6(d)) | | 98,852 |
| Total share capital, December 31, 2001 | | $ 375,780 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

6.   **Share capital (continued):**

(c)  Equity instruments - Canadian Originated Preferred Securities ("COPrS"):

Share capital includes equity instruments, net of costs, amounting to $85,349,870 issued in June 2001 through a private placement of COPrS. These securities have been issued in the form of unsecured senior subordinated instruments with an aggregate principal amount of US$57,000,000 at an annual interest rate of 10.5%. The COPrS have a final maturity of June 2009 with repayments in three equal installments beginning June 2007. The Company has the option to satisfy distribution and redemption obligations on these instruments either in cash, or from the proceeds on sale of the requisite number of common shares of the Company by a trustee to be appointed for that purpose. Under the terms of the issue of COPrS, the Company is required to maintain certain financial ratios.

(d)  Equity instruments – Paradigm earnout obligation to be settled in shares:

As discussed in note 2(a), during fiscal 2001, the Company finalized the contingent consideration amounts payable to the vendors of Paradigm. Share capital at December 31, 2001 includes the obligations which were settled by issue of shares in January 2002. As well, further consideration payable in April 2002 is included in share capital as it is management's intention to settle these obligations in shares.

(e)  In August 2001, the Toronto Stock Exchange ("TSE") accepted Mosaic's intention to renew its Normal Course Issuer Bid (the "Bid") through the facilities of the TSE. Under the terms of renewal, the number of common shares that can be purchased under the Bid will be 3.8 million shares during the period from August 8, 2001 to August 7, 2002. As at December 31, 2001, the Company had repurchased 1.0 million shares under the terms of the Bid.

(f)  At the Annual and Special Meeting of the Shareholders of the Company held June 7, 2001, the Shareholders adopted a Shareholders Rights Plan (the "Rights Plan") to ensure that any takeover bid made for the shares of the Company shall be made to all Shareholders, shall treat all Shareholders fairly and equally, and shall provide the Board of Directors and the Shareholders with sufficient time to consider any such offer.

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

6.    **Share capital (continued):**

(f)    (continued)

The Rights Plan grants to Shareholders the right to acquire, in certain circumstances, additional common shares of the Company effectively at a discount to market value (i.e. each common share held by a Shareholder entitles such Shareholder to buy six common shares at the current market price of the common share held) for purposes of causing dilution to the acquirer. The Board of Directors may in certain circumstances waive the application of the Rights Plan or redeem all, but not less than, all of the outstanding "rights" at a nominal price.

7.    **Stock-based compensation plans:**

(a)    The Company has two fixed stock-based compensation plans.

(i)    Under the Incentive Compensation Plan ("ICP") introduced in 1998, the Company is permitted to issue to employees, officers and directors up to 6,891,128 options to acquire shares of the Company.  Generally under the ICP, options are granted with a strike price equal to no less than the fair market value of the common shares at the time of grant.  Options vest annually over a four-year period and are exercisable over a five-year period from the date of grant.

During 2001, the Company granted 3,051,200 options to purchase common shares under the ICP (2000 – 225,000) at an exercise price of $4.00 to $7.49 per share (2000 - $11.70 to $19.00).

The Company has granted a total of 6,748,700 options, net of cancellations, to purchase common shares under the ICP at prices ranging from $2.75 to $19.00. During 2001, 545,100 options to purchase common shares were exercised (2000 – 467,800) at an average price of $2.80 (2000 – $4.23).

(ii)   Under the 1998 Employee Share Ownership Program ("ESOP") the Company is permitted to issue to employees, officers and directors up to 1,337,238 options to acquire common shares.  The ESOP provides that for each common share of the Company purchased by an employee at fair market value, he or she is entitled to receive one option to purchase an additional common share at the same price. Options granted under the ESOP vest annually over four years and are exercisable for five years from the date of grant.

During 2001, the Company granted options to purchase 219,304 common shares under the ESOP (2000 – 278,614) with exercise prices ranging from $3.50 to $9.86 per share (2000 - $11.05 to $21.19). The Company has granted a total of 828,051 options, net of cancellations, to purchase common shares under the ESOP at prices

49

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

7.   **Stock-based compensation plans (continued):**

(a) (ii)   (continued)

ranging from $2.25 to $21.19. During 2001, 41,120 options to purchase common shares were exercised (2000 – 56,236) at an average price of $3.82 (2000 - $5.71).

(b) The Company has reserved 1,091,273 common shares for employees' and directors' options exercisable at prices ranging from $1.90 to $3.25 over periods up to 2003. The reserved amount represents options to purchase common shares that were issued to employees and directors prior to the introduction of the ICP. During 2001, 20,000 options to purchase common shares were exercised (2000 – 513,727) at an average price of $2.55 (2000 – $2.23).

(c) The following table summarizes options granted, exercised, cancelled and outstanding as at December 31, 2001:

| Expiry Year | Exercise Price Range | December 31, 2000 Outstanding Options | 2001 Transactions | | December 31, 2001 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Granted | Exercised or Cancelled | Outstanding Options | WAP* | Exercisable Options | WAP* |
| 2002 | $1.90-2.70 | 482,273 | - | - | 482,273 | $1.94 | 482,273 | $1.94 |
| 2003 | 2.25-3.31 | 2,009,314 | - | 587,844 | 1,421,470 | 2.93 | 979,186 | 2.94 |
| 2004 | 3.00-4.12 | 177,886 | - | 69,711 | 108,175 | 3.62 | 46,152 | 3.64 |
| 2004 | 5.00-7.04 | 465,106 | - | 69,673 | 395,433 | 5.75 | 212,203 | 5.70 |
| 2004 | 7.53-10.30 | 1,749,504 | - | 323,718 | 1,425,786 | 10.26 | 831,763 | 10.26 |
| 2005 | 11.05-14.80 | 311,896 | - | 32,302 | 279,594 | 13.41 | 105,646 | 13.55 |
| 2005 | 16.42-21.19 | 165,142 | - | 51,473 | 113,669 | 17.32 | 44,720 | 17.34 |
| 2006 | 3.50-4.40 | - | 532,970 | 4,591 | 528,379 | 4.29 | 104,365 | 4.29 |
| 2006 | 4.71-5.83 | - | 2,270,467 | 23,300 | 2,247,167 | 4.72 | 1,118,753 | 4.71 |
| 2006 | 7.37-9.86 | - | 467,067 | 718 | 466,349 | 7.59 | 109,270 | 7.57 |
| | $1.90-21.19 | 5,361,121 | 3,270,504 | 1,163,330 | 7,468,295 | $5.96 | 4,034,331 | $5.57 |
| WAP* | | $6.48 | $5.06 | $5.82 | $5.96 | | $5.57 | |

\* Weighted Average Exercise Price

At December 31, 2001, the weighted average remaining contract life of outstanding options was 35 months (2000 – 34 months).

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

7.    **Stock-based compensation plans (continued):**

(d)   The following table summarizes options granted, exercised, cancelled and outstanding, at December 31, 2000:

| Expiry Year | Exercise Price Range | December 31, 1999 Outstanding Options | 2000 Transactions Granted | 2000 Transactions Exercised or Cancelled | December 31, 2000 Outstanding Options | WAP* | December 31, 2000 Exercisable Options | WAP* |
|---|---|---|---|---|---|---|---|---|
| 2001 $ | 1.15-1.70 | 100,000 | - | 100,000 | - $ | - | - $ | - |
| 2002 | 1.90-2.70 | 755,000 | - | 272,727 | 482,273 | 1.94 | 482,273 | 1.94 |
| 2003 | 2.25-3.31 | 2,678,769 | - | 669,455 | 2,009,314 | 2.88 | 1,030,392 | 2.90 |
| 2004 | 3.00-4.12 | 211,152 | - | 33,266 | 177,886 | 3.66 | 58,968 | 3.67 |
| 2004 | 5.00-7.04 | 577,407 | - | 112,301 | 465,106 | 5.35 | 112,844 | 5.69 |
| 2004 | 7.53-10.30 | 1,815,326 | - | 65,822 | 1,749,504 | 10.25 | 665,782 | 10.25 |
| 2005 | 11.05-14.80 | - | 322,226 | 10,330 | 311,896 | 13.19 | 44,123 | 13.92 |
| 2005 | 16.42-21.19 | - | 181,388 | 16,246 | 165,142 | 17.12 | 30,032 | 17.02 |
| | $ 1.15-21.19 | 6,137,654 | 503,614 | 1,280,147 | 5,361,121 $ | 6.48 | 2,424,414 $ | 5.25 |
| WAP* | | $5.19 | $14.61 | $3.50 | $6.48 | | $5.25 | |

\* Weighted Average Exercise Price

8.    **Income taxes:**

Significant components of the income tax expense attributable to continuing operations for the years ended December 31 are as follows:

| | 2001 | 2000 |
|---|---|---|
| Current income tax expense, exclusive of reduction for previously unutilized income tax losses and credits | $ 10,823 | $ 10,384 |
| Future income tax expense | 960 | 976 |
| Reduction in income tax expense arising from realization of previously unutilized income tax losses and credits | (3,681) | (821) |
| Total provision for income taxes | 8,102 | 10,539 |
| Add benefit of deductible goodwill included in goodwill charges | 3,151 | 1,088 |
| Income tax expense | $ 11,253 | $ 11,627 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

8.   **Income taxes (continued):**

Future income taxes arise from the temporary differences between assets and liabilities recognized for financial reporting purposes and those as per the tax laws in the jurisdictions in which the Company operates. The nature and tax effect of the assets, liabilities and unutilized tax losses that give rise to the future income tax assets and future income tax liabilities are as follows:

|  | 2001 | 2000 |
|---|---|---|
| **Future Income Tax Assets:** | | |
| Tax benefit of unutilized tax losses | $ 17,532 | $ 15,156 |
| Share issue costs | 6,012 | - |
| Less valuation allowance | (5,323) | (8,136) |
| Net future income tax assets | $ 18,221 | $ 7,020 |
| | | |
| **Future Income Tax Liabilities:** | | |
| Goodwill | $ 15,296 | $ 11,170 |
| Capital assets | 4,462 | 3,117 |
| Future income tax liabilities | $ 19,758 | $ 14,287 |

Income tax expense differs from the amount that would be computed by applying the Canadian federal and provincial statutory income tax rates of 41.75% (2000 - 44.0%) to income from continuing operations before income taxes and goodwill charges, with the differences as follows:

|  | 2001 | 2000 |
|---|---|---|
| Income taxes at statutory rates | $ 21,120 | $ 21,681 |
| Increase (decrease) in income taxes resulting from: | | |
| Non-deductible expenses | 188 | 221 |
| Income tax rate differential between Canadian and foreign jurisdictions | (10,055) | (10,250) |
| Other | - | (25) |
| Income tax expense from continuing operations before goodwill charges | 11,253 | 11,627 |
| Benefit of deductible goodwill included in goodwill charges | (3,151) | (1,088) |
| Total provision for income taxes | $ 8,102 | $ 10,539 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

8. **Income taxes (continued):**

The following table gives details of unutilized income tax losses and related income tax reductions as at December 31, 2001:

|  | Losses | Tax |
|---|---|---|
| Losses expiring - 2005 | $    2,790 | $    980 |
| - 2006 | 8,547 | 3,002 |
| - 2007 | 1,700 | 597 |
| - 2008 | 26,595 | 9,340 |
| - 2020 | 5,714 | 2,286 |
| - Indefinite | 4,426 | 1,327 |
| Total | $  49,772 | $  17,532 |

9. **Supplementary disclosures:**

(a) Earnings per share ("EPS"):

As disclosed in note 1, the Company retroactively adopted the new recommendations for determining earnings per common share issued by The Canadian Institute of Chartered Accountants. Under the new standard, the treasury stock method of calculating diluted earnings per share must be used. This method assumes that any proceeds from the exercise of stock options and other dilutive instruments would be used to purchase common shares at the average market price during the period. The impact on the fiscal 2000 reported EPS is to reduce the previously reported $0.42 in earnings per share from continuing operations to $0.41 per share to reflect the retroactive adoption of the treasury method in determining EPS.

Earnings per share calculations are based on net income from continuing operations after deducting distributions on the equity instruments, net of income taxes, amounting to $2,726,000 (2000 – nil) as the numerator in the calculation and the weighted average number of common shares outstanding during the year as the denominator.

For purposes of determining fully diluted earnings per share and fully diluted earnings per share before goodwill charges, only the rights to acquire common shares, including contingent share consideration on acquisitions that would be dilutive to earnings have been considered. Options to purchase 2,729,121 (2000 – 131,716) common shares under the Company's stock option plans were outstanding, but were not included in the computation of diluted earnings per share because the exercise price of the options was greater than the average market price of the common shares and, therefore, their inclusion would be antidilutive.

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

9.    **Supplementary disclosures (continued):**

(b) Pro forma earnings per share:

The following table shows the pro forma earnings per share assuming that the Paradigm earnout payments (note 2) were made on January 1, 2001.

|  | 2001 |
|---|---|
| Pro forma earnings per share from continuing operations before goodwill charges | |
| Basic | $ 0.32 |
| Diluted | $ 0.32 |
| | |
| Diluted pro forma earnings per share from continuing operations | |
| Basic | $ 0.20 |
| Diluted | $ 0.20 |

The above determination of earnings per share is based on the following assumptions:

(i)    the transaction was effective on January 1, 2001;

(ii)    33,020,000 common shares were issued on that date including the first payment of 20,540,000 shares and a further US$26 million settled in shares (12.48 million);

(iii)    the consideration of US$26.5 million was paid in cash, and financed through borrowings at an interest rate of 6% with a tax shield of 25% on the interest expense; and

(iv)    the US dollar to Canadian dollar exchange rate during the period was 1.59 for purposes of determining the Canadian dollar interest cost on an after-tax basis.

54

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

9.    **Supplementary disclosures (continued):**

(c)    Consolidated statements of cash flows:

(i)    The consolidated statements of cash flows exclude the following non-cash financing and investing transactions:

|  | 2001 | 2000 |
|---|---|---|
| Paradigm earnout obligation to be settled in shares (note 6(d)) | $ 98,852 | $         - |
| Common shares issued on acquisitions | 5,406 | 32,323 |
| Exchange of Intelecom investment with minority interest in eForce | 9,148 | - |
| Assets acquired with capital leases | 9,615 | - |

(ii)    During 2001, the Company paid $4,735,000 in cash taxes (2000 - $3,816,000) and $15,731,000 in cash interest (2000 - $7,769,000), excluding distributions on COPrS.

(iii)    Basic and fully diluted cash flow per share from continuing operations have been calculated using the cash provided from operations, excluding net change in non-cash operating working capital.

10.    **Commitments:**

The Company is committed to payments under operating leases for equipment and buildings, with the following minimum annual lease payments:

| | |
|---|---|
| 2002 | $  12,205 |
| 2003 | 9,073 |
| 2004 | 7,689 |
| 2005 | 6,247 |
| 2006 | 4,187 |
| Thereafter | 11,108 |
| | $  50,509 |

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

11. **Financial instruments:**

   (a) Risk management activities:

   (i)  The Company manages its credit risk in respect of trade accounts receivable by primarily dealing with large creditworthy customers and by collecting in advance of rendering services. Management is of the view that the accounts receivable are not subject to any significant concentration of credit risk. During fiscal 2001, one customer through multiple service contracts accounted for 27% of revenue (2000 – 10% of revenue), with no other customer accounting for greater than 7% of total revenue.

   For 2002 the Company has discontinued its direct marketing customer acquisition contract with AT&T Wireless as profitability levels on this contract fell below target levels. This work represented US$90.6 million in revenue during 2001. The Company continues to maintain its consumer wireless acquisition services in the retail environment with AT&T Wireless through work done by another Mosaic subsidiary. Further, in conjunction with the discontinuance of Mosaic's direct marketing activities with AT&T Wireless, the parties are in the process of negotiating the financial arrangements of such discontinuance. In the event that a satisfactory resolution is not achieved either party can elect to settle such matter through binding arbitration. In February 2002, the Company notified AT&T Wireless of its intention to arbitrate should a mutually agreeable resolution not be reached. The Company does not anticipate any material negative impact on its financial position resulting from such negotiation or arbitration.

   (ii)  The Company is subject to risk in respect of fluctuating interest rates as a portion of its borrowings is subject to floating rates of interest. As described in note 5(b), the Company has fixed the interest rate on US$25,000,000 debt at 8.0%. A three-year interest rate swap for notional principal of $50,000,000 was purchased during 2001 to fix the rate of interest on a portion of debt with the year-end rate at 7.34%. Based on its estimated discounted cash flow using applicable current market rates, the Company's interest rate swaps have a fair value liability of $4,158,305 at December 31, 2001 (2000 - $17,500 fair value asset).

   (iii)  The Company operates in the United Kingdom and the United States. At December 31, 2001, the Company had US$69,000,000 in United States dollar denominated debt, which was determined to be a hedge of the net investment in US operations.

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

**11.    Financial instruments (continued):**

(iv)  The Company has entered into a series of short-term foreign currency forward contracts to manage its exposure to movements in the U.K. pound and the US dollar.  The forward contracts are designated as hedges against the U.K. pound and US dollar receipts under certain long-term client contracts.  At December 31, 2001, the nominal value of the U.K. pound forward contracts amounted to $13,224,000 (£5,700,000) (2000 – $29,900,000 (£13,348,000)) and had a fair value liability of $10,377 (2000 – fair value liability of $599,000) and the nominal value of the US dollar forward contracts amounted to $32,674,500 (US$20,550,000) (2000 – $30,855,000 (US$20,570,000)) and had a fair value liability of $621,570 (2000 – fair value asset of $159,000).

The Company does not currently engage in any other hedging or other foreign exchange management strategies and, accordingly, earnings will be impacted by movements in the values of the U.K. pound and US dollar in relation to the Canadian dollar.

(b)  Fair values:

The carrying values of cash, accounts receivable, bank indebtedness, accounts payable and accrued liabilities, income taxes payable and accrued acquisition liabilities approximate their fair values due to the relatively short periods to maturity of the instruments.  The aggregate fair value of long-term debt, calculated at the present value of contractual future payments of principal and interest, discounted at the current market rates of interest available to the Company for the same or similar instruments, approximates its current carrying value.

**12.    Segmented information:**

During the third quarter of 2001 Mosaic changed its basis of presentation of operating segments, with corresponding changes in 2000 comparative figures, to better reflect the realignment of its businesses.  These businesses exhibit similar economic characteristics driven by the nature of services provided, the method of delivery and similar long-term financial performance and accordingly have been aggregated.

# MOSAIC GROUP INC.
Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

12. **Segmented information (continued):**

The Company operates primarily in Canada, the United States and the United Kingdom and Ireland. Revenue is attributed to customers based on where services are provided.

|  | Revenue | | Capital assets and goodwill | |
|---|---|---|---|---|
|  | 2001 | 2000 | 2001 | 2000 |
| Canada | $ 120,816 | $ 116,705 | $ 67,817 | $ 54,894 |
| United States | 464,460 | 177,492 | 452,606 | 286,240 |
| UK and Ireland | 176,378 | 199,465 | 132,398 | 135,453 |
|  | $ 761,654 | $ 493,662 | $ 652,821 | $ 476,587 |

13. **Discontinued operations:**

Management determined in February 2001 that the development of the Continental European business was no longer a strategic priority, and as a result decided to divest the Company of its operations in those countries. The measurement date for the purpose of accounting was February 6, 2001. For 2000, the Continental European segment was disclosed as a discontinued operation and goodwill related to those acquisitions was written off at the end of the year. Included in the goodwill charges relating to discontinued operations is a goodwill write-down of $24.5 million representing the net book value of the goodwill relating to the Continental European segment. For 2001, the divestiture of the Continental European segment has been treated for accounting purposes as a discontinued operation with a charge of $8.3 million related to the loss on discontinuance of operations recognized in the first quarter of 2001. The Company substantially completed the divestment in the first half of 2001 through either the sale or closure of all the businesses involved. The book value of the remaining net assets of the Continental European operations is not material. Management does not anticipate any further charges related to this divestiture.

# MOSAIC GROUP INC.

Notes to Consolidated Financial Statements
(Tabular amounts in thousands of dollars, except for share and per share amounts)

December 31, 2001 and 2000

13.   **Discontinued operations (continued):**

The following table shows details of the loss related to discontinued operations included in the consolidated statements of operations:

|  | 2001 | 2000 |
|---|---|---|
| Loss from discontinued operations before goodwill charges, net of income taxes | $       — | $   3,078 |
| Goodwill charges relating to discontinued operations | — | 25,218 |
| Loss on divestiture or discontinuance of operations, net of income taxes | 8,324 | — |
| Total loss from discontinued operations | $   8,324 | $  28,296 |

14.   **Subsequent event – acquisition of Custom Offers LLC:**

During January 2002, the Company acquired Evanston, Illinois based Custom Offers LLC. Custom Offers is an Internet marketing solutions company, focused on aggregating large volumes of high quality data.  Data is monetized through performance driven marketing programs and through the sale of data to third parties. In 2001, the Company's start-up year, the Company generated over US$3,000,000 in revenue and achieved profitability.

The initial purchase price was US$6 million of which US$5.7 million was paid in Mosaic common shares with the balance in cash.  Additional future contingent consideration is based on a multiple of up to 5 times the average 2002 and 2003 pre-tax earnings (less consideration previously paid) and will be settled primarily in Mosaic common shares. The maximum consideration paid under the earnout cannot exceed US$49.9 million, with any Mosaic common shares issued subject to a floor price of US$1.80.

15.   **Comparative consolidated financial statements:**

The comparative consolidated financial statements have been reclassified from statements previously presented to conform to the presentation of the 2001 consolidated financial statements.

# QUARTERLY HIGHLIGHTS

*(In millions of dollars, except per share amounts, unaudited)*

| | 2001 | | | | 2000 | | | | 1999 | | | | 1998 | | | | 1997 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| **Statement of operations:** | | | | | | | | | | | | | | | | | | | | |
| Revenues | $167.5 | 209.4 | 213.0 | 171.8 | 145.8 | 146.5 | 110.3 | 91.1 | 102.9 | 112.0 | 83.1 | 80.0 | 83.0 | 88.1 | 44.7 | 36.8 | 37.9 | 39.6 | 26.9 | 18.3 |
| Gross profit | $46.9 | 60.2 | 58.3 | 50.8 | 51.6 | 52.0 | 39.4 | 31.9 | 32.2 | 38.4 | 29.6 | 25.4 | 28.0 | 27.0 | 16.0 | 12.6 | 9.3 | 12.3 | 9.3 | 6.7 |
| EBITDA | $17.9 | 25.9 | 23.2 | 17.6 | 20.8 | 21.4 | 15.2 | 9.8 | 9.2 | 12.8 | 9.2 | 6.0 | 7.9 | 9.2 | 4.8 | 3.1 | 4.1 | 3.8 | 2.7 | 1.5 |
| Earnings from continuing operations before goodwill charges | $6.6 | 13.9 | 11.7 | 7.1 | 10.5 | 13.3 | 8.9 | 4.9 | 5.8 | 7.3 | 4.4 | 2.7 | 4.8 | 4.4 | 2.6 | 1.2 | 2.2 | 1.9 | 1.3 | 0.6 |
| Earnings from continuing operations | $4.0 | 11.3 | 9.2 | 4.5 | 8.3 | 11.7 | 7.4 | 3.5 | 4.6 | 6.1 | 3.2 | 1.6 | 3.4 | 3.5 | 1.9 | 0.7 | 1.8 | 1.5 | 1.0 | 0.5 |
| Net earnings | $4.0 | 11.3 | 9.2 | (3.8) | (18.0) | 11.1 | 6.3 | 3.2 | 6.4 | 6.3 | 3.3 | 1.8 | 4.0 | 3.5 | 1.9 | 0.7 | 1.8 | 1.5 | 1.0 | 0.5 |
| **Per share amounts:** | | | | | | | | | | | | | | | | | | | | |
| Net earnings: | | | | | | | | | | | | | | | | | | | | |
| Basic | $0.04 | 0.13 | 0.12 | (0.05) | (0.25) | 0.15 | 0.09 | 0.05 | 0.09 | 0.09 | 0.05 | 0.03 | 0.07 | 0.06 | 0.04 | 0.02 | 0.05 | 0.04 | 0.03 | 0.02 |
| Diluted | $0.04 | 0.13 | 0.12 | (0.05) | (0.25) | 0.15 | 0.08 | 0.05 | 0.09 | 0.08 | 0.05 | 0.03 | 0.06 | 0.06 | 0.03 | 0.02 | 0.04 | 0.04 | 0.02 | 0.02 |
| Earnings from continuing operations: | | | | | | | | | | | | | | | | | | | | |
| Basic | $0.04 | 0.13 | 0.12 | 0.06 | 0.11 | 0.16 | 0.10 | 0.05 | 0.06 | 0.09 | 0.05 | 0.03 | 0.06 | 0.06 | 0.04 | 0.02 | 0.05 | 0.04 | 0.03 | 0.02 |
| Diluted | $0.04 | 0.13 | 0.12 | 0.06 | 0.11 | 0.15 | 0.10 | 0.05 | 0.06 | 0.08 | 0.05 | 0.02 | 0.06 | 0.06 | 0.03 | 0.02 | 0.04 | 0.04 | 0.02 | 0.02 |
| **Balance sheet:** | | | | | | | | | | | | | | | | | | | | |
| Cash position, net | $(1.3) | 1.0 | 1.0 | 0.7 | 12.3 | 12.8 | 16.1 | 5.6 | 5.7 | (0.2) | 1.2 | 12.4 | 3.1 | 11.7 | 7.2 | (4.2) | 1.0 | 1.9 | 3.8 | 2.6 |
| Total assets | $820.8 | 694.9 | 688.6 | 667.0 | 648.1 | 422.8 | 392.9 | 358.7 | 346.5 | 314.9 | 304.2 | 272.0 | 272.0 | 259.6 | 207.0 | 119.4 | 109.9 | 82.2 | 84.4 | 50.5 |
| Long-term debt, including current portion | $173.2 | 169.3 | 154.2 | 225.5 | 227.6 | 113.3 | 98.8 | 83.2 | 78.5 | 42.3 | 99.1 | 74.2 | 67.5 | 72.9 | 53.1 | 19.4 | 19.8 | 13.8 | 14.4 | 3.8 |
| Shareholders' equity | $419.0 | 319.8 | 298.4 | 215.0 | 206.2 | 201.5 | 189.5 | 178.2 | 172.9 | 169.0 | 118.1 | 118.0 | 118.6 | 108.5 | 92.8 | 50.2 | 45.7 | 38.8 | 37.3 | 26.3 |

# CORPORATE DIRECTORY

CORPORATE OFFICE

469A King Street West
Toronto, Ontario
M5V 3M4 Canada
Telephone: (416) 588-7788
Fax: (416) 813-0970
www.mosaicgroupinc.com

SHAREHOLDER INQUIRIES

**Ben Kaak**
Executive Vice President and
    Chief Financial Officer
Telephone: (416) 813-4272
kaakb@mosaicgroupinc.com

**John McIlveen**
Director Corporate Development
Telephone: (416) 813-4292
mcilveenj@mosaicgroupinc.com

SHARE EXCHANGE

Toronto Stock Exchange

TRADING SYMBOL

MGX

AUDITORS

Ernst & Young LLP
Toronto, Canada

BANKERS

Canadian Imperial Bank of
    Commerce
The Bank of Nova Scotia
Bank One, NA, Canada Branch
Bank of Montreal
The Toronto-Dominion Bank
HSBC Bank Canada
Royal Bank of Canada

LEGAL COUNSEL

McCarthy Tétrault, Toronto, Ontario,
and London, England
Testa, Hurwitz & Thibeault,
    Boston, Massachusetts
Fraser Milner Casgrain, Toronto,
    Ontario

TRANSFER AGENT

CIBC Mellon Trust Company,
    Toronto
Telephone: (800) 387-0825
inquiries@cibcmellon.ca

BOARD OF DIRECTORS

*Independent Directors*

**John Barnett**
President and Chief Executive Officer
    and Director
Rothmans Inc.

**William Biggar**
Executive Vice President
    Office of the CEO
Magna International Inc.

**John Caldwell**
Corporate Director and Consultant

**Gregory Kiernan**
President and CEO
Sonostar Ventures

**Robert B. Matthews**
President
Manitou Capital Corporation

**G. Michael Preston**
Chairman Mosaic Group Inc.

**Theodore Sands**
President
HAAS Capital, LLC

**Raymond Verdon**
Past President
Nabisco Biscuit Company, US

*Management Director*

**Marc Byron**
Vice Chairman and
    Chief Executive Officer
Mosaic Group Inc.

OFFICERS

**Marc Byron**
Vice Chairman and
    Chief Executive Officer

**Catherine Barbaro**
Vice President Legal and
    Corporate Secretary

**David Graf**
President Performance Solutions
    North America

**John Hoholik**
President Marketing and
    Technology Solutions
    North America

**Domenic Ieraci**
Senior Vice President Finance

**Ben Kaak**
Executive Vice President and
    Chief Financial Officer

**Brian Meagher**
President Sales Solutions
    North America

**Colin Moore**
Chief Operating Officer

**Jerry Stone**
President Mosaic Solutions UK

ANNUAL AND SPECIAL MEETING OF
SHAREHOLDERS

**The Design Exchange**
**234 Bay Street**
**Toronto-Dominion Centre**
**Toronto, Ontario**
**At 11:00 a.m. on May 14th, 2002**

