# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LAWRENCE P. ORGAN ⟩
⟩
    Plaintiff, ⟩
⟩
           No. 1:05-cv-00867-JJF
vs. ⟩
⟩
MARC BYRON, BEN KAAK, and ⟩
CATHERINE BARBARO ⟩
⟩
    Defendants. ⟩
⟩

## COMPENDIUM OF UNREPORTED OPINIONS CITED IN
## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

PRICKETT, JONES & ELLIOTT, P.A.
James L. Holzman (ID#663)
J. Clayton Athey (ID#4378)
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

Of Counsel:

Robert B. Lovett
Christopher F. Robertson
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
rlovett@seyfarth.com
crobertson@seyfarth.com

Dated: February 21, 2006

# INDEX

*Abry Partners V, L.P. v. F & W Acquisition LLC,*
    2006 WL 358236 (Del. Ch. Feb. 14, 2006) ........................................................................1

*Albert v. Alex. Brown Management Servs.,*
    No. Civ. A. 762-N, 2005 WL 1594085 (Del. Ch. June 29, 2005) .............................2

*Benak v. Alliance Capital Mgmt.,*
    2006 WL 73440 (3d Cir. Jan. 13, 2006) ........................................................................3

*FDIC v. W.R. Grace & Co.,*
    No. 84 C 5031, 1987 WL 17495 (N.D. Ill. Sept. 21, 1987).....................................4

*Global Entertainment, Inc. v. New York Telephone Co.,*
    No. 00 Civ. 2959, 2000 WL 1672327 (S.D.N.Y. Nov. 6, 2000) ...........................5

*Hill v. United States Dep't of Justice,*
    No. Civ. A. 02-250 GMS, 2003 WL 21640376 (D. Del. July 7, 2003).................6

*In re Dean Witter Partnership Litig.,*
    1998 WL 442456 (Del. Ch. July 17, 1998), aff'd, 725 A.2d 441 (Del. 1999) .........7

*Kanematsu Corp. v. Advanced Materials Lanxide,*
    No. Civ. A. 01-190-JJF, 2002 WL 32332375 (D. Del. Sept. 30, 2002) ...................8

*Katell v. Morgan Stanley Group, Inc.,*
    Civ. A. No. 12343, 1993 WL 10871 (Del. Ch. Jan. 14, 1993) .................................9

*Kronos Prods., Inc. v. Sasib Bakery North America, Inc.,*
    No. 00 C 670, 2002 WL 1308637 (N.D. Ill. June 14, 2002) .................................10

*Moore v. State,*
    No. Civ. A. 04-1396 JJF, 2005 WL 1799947 (D. Del. 2005) (Farnan, J.) .............11

*Playtex, Inc. v. Columbia Casualty,*
    1993 WL 390469 (Del. Super. Sept. 20, 1993) .....................................................12

*Pomeranz v. Museum Partners, L.P.,*
    No. Civ. A. 20211, 2005 WL 217039 (Del. Ch. Jan. 24, 2005) ...........................13

*Progressive Int'l Corp. v. E.I. DuPont de Nemours & Co.,*
    No. C.A. 19209, 2002 WL 1558382 (Del. Ch. July 9, 2002).................................14

*Reading Int'l, Inc. v. St. Francis,*
    2005 WL 1654343 (Del. Super. June 17, 2005) .....................................................15

*VGS, Inc. v. Castiel*,
    No. C.A. 17995, 2003 WL723285 (Del. Ch. Feb. 28, 2003)....................................................16

*Wang Labs, Inc. v. Lee*,
    1989 WL 40916 (Del. Super. Apr. 19, 1989) ........................................................................17

# CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 21st day of February, 2006, I caused a copy of the foregoing COMPENDIUM OF UNREPORTED OPINIONS CITED IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS to be served on counsel for the parties via e-file:

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait Gross & Goddess
> 919 Market Street, Suite 1401
> Wilmington, DE 19801

J. Clayton Athey (ID#4378)

19882.1\297956v1