UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN<br><br>Plaintiff,<br><br>vs.<br><br>MARC BYRON, BEN KAAK, and CATHERINE BARBARO<br><br>Defendants. | No. 1:05-cv-00867-JJF |

**COMPENDIUM OF UNREPORTED OPINIONS CITED IN DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS**

PRICKETT, JONES & ELLIOTT, P.A.
James L. Holzman (ID#663)
J. Clayton Athey (ID#4378)
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

Of Counsel:

Robert B. Lovett
Christopher F. Robertson
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
rlovett@seyfarth.com
crobertson@seyfarth.com

Dated: April 11, 2006

19882.1\301652v1

# **INDEX**

*Ashenden v. Lloyd's of London*,
  No. 96 C 852, 1996 WL 717464 (N.D. Ill. Dec. 9, 1996) .................................................1

*FDIC v. W.R. Grace & Co.*,
  No. 84 C 5031, 1987 WL 17495 (N.D. Ill. Sept. 21, 1987).............................................2

*Hadley v. Shaffer*,
  No. Civ. A. 99-144-JJF, 2003 WL 21960406 (D. Del. Aug. 12, 2003).........................3

*In re DaimlerChrysler AG Sec. Litig.*,
  No. Civ. A. 00-993-JJF, 2003 WL 22769051 (D. Del. Nov. 19, 2003).........................4

*In re Rospatch Corp. Sec. Litig.*,
  Nos. 1:90-CV-805, 1:90-CV-806, 1992 WL 226912 (W.D. Mich. Jul. 8, 1992).........5

*Katell v. Morgan Stanley Group, Inc.*,
  Civ. A. No. 12343, 1993 WL 10871 (Del. Ch. Jan. 14, 1993) .....................................6

*Midway Home Entm't. Inc. v. Atwood Richards Inc.*,
  No. 98 C 2128, 1998 WL 774123 (N.D. Ill. Oct. 29, 1998)...........................................7

*Nanopierce Technologies, Inc. v. Southridge Capital Mgt. LLC*,
  No. 02 Civ. 0767 LBS, 2002 WL 31819207 (S.D.N.Y. Oct. 10, 2002) .......................8

*VGS, Inc. v. Castiel*,
  No. C.A. 17995, 2003 WL 723285 (Del. Ch. Feb. 28, 2003)........................................9