## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 11th day of April, 2006, I caused a copy of the foregoing COMPENDIUM OF UNREPORTED OPINIONS CITED IN DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS to be served on counsel for the parties via e-file:

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait Gross & Goddess
> 919 Market Street, Suite 1401
> Wilmington, DE 19801

/s/ J. Clayton Athey
J. Clayton Athey (#4378)