**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 12, 2006

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    RE: **Organ v. Byron, et al.**
           **D.Del., C.A. No. 05-867 JJF**

Dear Judge Farnan:

    On behalf of the plaintiff, and in accordance with D.Del. LR 7.1.4, I request oral argument in connection with defendants' motion to dismiss, as to which defendants' reply brief was filed last evening.

    I take the occasion to note that this matter was originally transferred from the Northern District of Illinois and that oral argument was not held there before the transfer (and, consequently, no argument prior to the November 23, 2005 decision of District Judge James Zagel, upon which defendants' rely extensively.)

                                                    Respectfully yours,

                                                    Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
cc:    James L. Holzman, Esquire (Via e-filing)
       J. Clayton Athey, Esquire (Via e-filing)
       Clerk, U.S. District Court (By Hand)