IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAWRENCE P. ORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-867 (JJF) |
| | ) | |
| MARC BYRON, BEN KAAK and | ) | |
| CATHERINE BARBARO, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of the following attorneys to represent defendants in this matter:

Robert B. Lovett, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA  02210

Christopher F. Robertson, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA  02210

Jodi D. Luster, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

Dated:  April 13, 2006

OF COUNSEL:

Robert B. Lovett
Christopher F. Robertson
Jodi D. Luster
SEYFARTH SHAW LLP
Two Seaport Lane
Suite 300
Boston, MA  02210
(617) 946-4927

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, James L. Holzman, hereby certify that on April 13, 2006, I electronically filed the foregoing **Motions for Admission Pro Hac Vice, Certifications of Counsel and Proposed Order** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

> Jeffrey S. Goddess, Esquire
> Rosenthal, Monhait, Gross & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> jgoddess@rmgglaw.com

_____
James L. Holzman (Bar ID #663)

19882.1\301791v1