## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of twenty-five dollars ($25.00) shall be paid upon the filing of the attached motion in accordance with the Court's Standing Order for District Court Fund dated November 15, 2004.

Dated: April 12, 2006

Robert B. Lovett, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of twenty-five dollars ($25.00) shall be paid upon the filing of the attached motion in accordance with the Court's Standing Order for District Court Fund dated November 15, 2004.

Dated: April 12, 2006

Christopher F. Robertson, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of twenty-five dollars ($25.00) shall be paid upon the filing of the attached motion in accordance with the Court's Standing Order for District Court Fund dated November 15, 2004.

Dated: April 12, 2006

Jodi D. Luster, Esquire
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

BO1 15773110.1