UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARC BYRON, BEN KAAK, and )<br>CATHERINE BARBARO )<br>)<br>Defendants. )<br>) | No. 1:05-cv-00867-JJF |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of the following attorneys on behalf of Defendants is granted: Robert B. Lovett, Esquire, Christopher F. Robertson, Esquire and Jodi D. Luster, Esquire.

_____
United States District Judge

Dated:_____