IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE P. ORGAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-867-JJF |
| MARK BYRON, BEN KAAK and CATHERINE BARBARO, | : |
| Defendants. | : |

**ORDER**

At Wilmington, this 5 day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 30) is **GRANTED**.

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE